Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Motion to dispense with printing papers granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

REALTY ASSOCIATES, Respondent, v. SOLOMON GREENSPAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

WARD C. ROGERS, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellants. (Action No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MAX ROTHENBERG, Respondent, v. BARNETT METZGER and Others, Appellants.— Motion to dismiss appeal of defendant Louis I. Harris denied, with leave to renew upon argument of appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MICHAEL SHEA, Respondent, v. EXPORT STEAMSHIP CORPORATION and UNITED STATES SHIPPING BOARD EMERGENCY FLEET·CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

STATE MERCANTILE CO., INC., Respondent, v. LEWSYL REALTY CORPORATION and NORTH STREET REALTY CORPORATION, Appellants. ALVIN C. ROSENSON and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

STATE MERCANTILE CO., INC., Respondent, v. LEWSYL REALTY CORPORATION and NORTH STREET REALTY CORPORATION, Appellants. ALVIN C. ROSENSON and Others, Respondents.— In light of the decision in *State Mercantile Co., Inc.,* v. *Lewsyl Realty Corp. (ante,* p. 763), decided herewith, the motion to dispense with printing record is dismissed. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

VILLAGE OF LYNBROOK, Appellant, v. GEORGE J. CADOO and ANNIE W. CADOO, His Wife, Respondents, and LENA WACHTER and THOMAS S. CHESHIRE, as Clerk of the County of Nassau, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MAY ZEISLER, Appellant, v. BELMONT BLOCH, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ERIC BOSTON, Appellant, v. LAMPORT & HOLT, LTD., Defendant. JESSE L. ROSENBERG, an Attorney, Appellant; ISADOR LEIFER, an Attorney, Respondent. — Order directing that Isador Leifer recover from Jesse L. Rosenberg the sum of $1,000 affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.